371 A.2d 509
Commonwealth v. Miller, Appellant.

Argued September 14, 1976.   Lee E. Morrison, Assistant Public De-

530

fender, with him John R. Merrick, Public Defender, for appellant; George C. Zumbano, Assistant District Attorney, with him William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.